

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | T HE C ITY OF N EW Y ORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | **MARY O'FLYNN**<br>*Senior Counsel*<br>moflynn@law.nyc.gov<br>Phone: (212) 356-2352 |

September 5, 2024

**By ECF**
Magistrate Judge Cheryl L. Pollak
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Shamel Capers  v. City of New York* et. al., 24 CV 01219 (CLP)

Your Honor:

    I am a Deputy Chief in the Special Federal Litigation Division of the New York City Law Department.  I write on behalf of defendants to apologize that a member of my office did not appear at the conference scheduled for earlier this afternoon. As the Court is aware, the formerly assigned attorney recently left our office. We are in the process of reassigning this matter and the information included in the transfer documents appears to have included a typographical error which indicated the conference was scheduled for next week, instead of today. I sincerely apologize for the mistake.

    I have conferred with plaintiff's counsel regarding rescheduling the conference. Defendants respectfully request the conference be rescheduled to a date convenient to the court approximately thirty day from now so that the newly assigned attorney may have sufficient time to review the file in advance of the conference. Plaintiff consents to this request.

    Thank you for your consideration of this request.

                                               Respectfully submitted,

                                               /s/Mary O'Flynn
                                               Senior Counsel
                                               Special Federal Litigation Division